IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ADAMS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, ACTING § <br> COMISSIONER OF THE SOCIAL § <br> SECURITY ADMINISTRATION, § <br> § <br> Defendant. | Case No. 3:23-cv-00281-N-BT |

## JUDGMENT

In accordance with the Order entered this date granting Defendant's unopposed Motion to Remand, it is ORDERED that this case be REVERSED AND REMANDED under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

**SO ORDERED.**

Signed September 6, 2023.

David C. Godbey
Chief United States District Judge